No. 73–933. PARSONS ET AL. v. KNOPP ET UX., 417 U. S. 908;

No. 73–1003. NATIONAL INDIAN YOUTH COUNCIL ET AL. v. BRUCE ET AL., 417 U. S. 920;

No. 73–1075. THEVIS v. UNITED STATES, 418 U. S. 932;

No. 73–1145. TECHNICAL DEVELOPMENT CORP. ET AL. v. UNITED STATES, 416 U. S. 983;

No. 73–1222. TIDEWATER OIL CO. v. UNITED STATES ET AL., 418 U. S. 906;

No. 73–1224. PHILLIPS PETROLEUM CO. v. UNITED STATES ET AL., 418 U. S. 906;

No. 73–1284. MERVIN v. FEDERAL TRADE COMMISSION, 417 U. S. 930;

No. 73–1355. KUNTZWEILER v. UNITED STATES, 417 U. S. 910;

No. 73–1361. BALDRIDGE ET AL. v. HADLEY ET AL., 417 U. S. 910;

No. 73–1429. LOWE ET AL. v. UNION OIL CO. OF CALIFORNIA ET AL., 417 U. S. 931;

No. 73–1463. KONIGSBERG ET AL. v. NIXON, 417 U. S. 931;

No. 73–1480. UMPHREY ET AL. v. McGRAW-EDISON CO., 417 U. S. 912;

No. 73–1482. MANZARDO ET AL. v. PULLMAN CO. ET AL., 417 U. S. 912;

No. 73–1487. DeMICHELE ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 417 U. S. 968;

No. 73–1529. GENERAL TIRE & RUBBER CO. v. FIRESTONE TIRE & RUBBER CO., 417 U. S. 932;

No. 73–5265. KOKOSZKA v. BELFORD, TRUSTEE IN BANKRUPTCY, 417 U. S. 642;

No. 73–5547. HUGUEZ v. CALIFORNIA, 418 U. S. 905; and

No. 73–6298. FRAZIER v. COMMISSIONER OF INTERNAL REVENUE, 416 U. S. 990. Petitions for rehearing denied.